

## Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00503-CV

**IN RE GILLETTE AIR CONDITION COMPANY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Irene Rios, Justice

Delivered and Filed: August 15, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On July 20, 2018, relator filed a petition for writ of mandamus and a motion to stay the trial court proceedings. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion to stay the trial court proceedings is also DENIED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017-CI-14754, styled *Sylvia H. Rodriguez, et al. v. Michael Anthony Sanchez, et al.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.